# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-5175**

**September Term, 2022**

FILED ON: APRIL 5, 2023

PROPERTY OF THE PEOPLE, INC., ET AL.,
APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE,
APPELLEE

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01193)

---

Before: KATSAS and PAN, *Circuit Judges*, and SENTELLE, *Senior Circuit Judge*

**J U D G M E N T**

This case was considered on the record from the United States District Court for the District of Columbia and the briefs and arguments of the parties. The Court has accorded the issues full consideration and has determined that they do not warrant a published opinion. *See* D.C. Cir. R. 36(d). For the reasons set forth below, it is

**ORDERED AND ADJUDGED** that the judgment of the district court be affirmed.

Appellants challenge the district court's careful determination that the FBI need not release any additional documents pursuant to Appellants' Freedom of Information Act requests because the remaining information in those documents was not reasonably segregable. *See* 5 U.S.C. § 552(b). We agree. The district court correctly applied the segregability principles set forth by this Circuit in *Mead Data Central* and applied many times since. *See Mead Data Cent., Inc. v. U.S. Dep't of Air Force*, 566 F.2d 242, 261 n.55 (D.C. Cir. 1977).

       Pursuant to Rule 36 of this Court, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed R. App. P. 41(b); D.C. Cir. R. 41.

**<u>Per Curiam</u>**

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

               BY:    /s/
                                 Daniel J. Reidy
                                 Deputy Clerk